| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-17544 / MBK**

Rosa Davila
Porfirio Davila, Jr.

Petition Filed Date: 04/16/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2018 | $352.99 | 48972970 | 06/04/2018 | $352.99 | 49681680 | 07/03/2018 | $352.99 | 50421190 |
| 08/02/2018 | $352.99 | 51214430 | 09/05/2018 | $352.99 | 52098100 | 10/02/2018 | $352.99 | 52801690 |
| 10/31/2018 | $352.99 | 53524740 | 12/03/2018 | $352.99 | 54416600 | | | |

**Total Receipts for the Period: $2,823.92   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,176.91**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rosa Davila | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | MIDLAND CREDIT AS AGENT FOR<br>»» COMENITY/VS | Unsecured Creditors | $147.78 | $0.00 | $147.78 |
| 2 | MIDLAND CREDIT AS AGENT FOR<br>»» SHERMAN/CREDIT ONE | Unsecured Creditors | $345.00 | $0.00 | $345.00 |
| 3 | MIDLAND CREDIT AS AGENT FOR<br>»» COMENITY/VS | Unsecured Creditors | $518.05 | $0.00 | $518.05 |
| 4 | SANTANDER CONSUMER USA INC<br>»» 2012 VW GTI\CRAM | Debt Secured by Vehicle | $8,035.75 | $632.98 | $7,402.77 |
| 5 | TOYOTA LEASE TRUST<br>»» 2016 TOYOTA CAMRY/LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $1,296.34 | $102.11 | $1,194.23 |
| 6 | THE SWISS COLONY | Unsecured Creditors | $174.48 | $0.00 | $174.48 |
| 7 | GINNYS | Unsecured Creditors | $958.74 | $0.00 | $958.74 |
| 8 | COUNTRY DOOR | Unsecured Creditors | $465.18 | $0.00 | $465.18 |
| 9 | ANTERO CAPITAL, LLC.<br>»» DNF/KAY JEWELERS | Unsecured Creditors | $696.33 | $0.00 | $696.33 |
| 10 | MASON | Unsecured Creditors | $414.37 | $0.00 | $414.37 |
| 11 | FIGI'S COMPANIES INC | Unsecured Creditors | $281.92 | $0.00 | $281.92 |
| 12 | K. JORDAN | Unsecured Creditors | $88.65 | $0.00 | $88.65 |
| 13 | STONEBERRY | Unsecured Creditors | $839.61 | $0.00 | $839.61 |
| 14 | STONEBERRY | Unsecured Creditors | $631.24 | $0.00 | $631.24 |
| 15 | PLAIN GREEN LOANS | Unsecured Creditors | $1,933.02 | $0.00 | $1,933.02 |
| 16 | PLAIN GREEN LOANS | Unsecured Creditors | $1,481.25 | $0.00 | $1,481.25 |
| 17 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,492.68 | $0.00 | $1,492.68 |

**Chapter 13 Case No. 18-17544 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $723.40 | $0.00 | $723.40 |
| 19 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS | Unsecured Creditors | $1,199.85 | $0.00 | $1,199.85 |
| 20 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $543.03 | $0.00 | $543.03 |
| 21 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,204.58 | $0.00 | $1,204.58 |
| 22 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $807.83 | $0.00 | $807.83 |
| 23 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Unsecured Creditors | $559.61 | $0.00 | $559.61 |
| 24 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $422.92 | $0.00 | $422.92 |
| 25 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $586.18 | $0.00 | $586.18 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $754.62 | $0.00 | $754.62 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $398.87 | $0.00 | $398.87 |
| 28 | MERRICK BANK | Unsecured Creditors | $1,036.63 | $0.00 | $1,036.63 |
| 29 | LVNV FUNDING LLC<br>»» SANTANDER/FINGERHUT | Unsecured Creditors | $1,554.98 | $0.00 | $1,554.98 |
| 30 | NAVIENT SOLUTIONS, LLC.<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» BLUESTEM/FINGERHUT | Unsecured Creditors | $1,292.46 | $0.00 | $1,292.46 |
| 10004 | SANTANDER CONSUMER USA INC<br>»» Split Claim 2012 VW GTI\CRAM BAL | Unsecured Creditors | $15,342.30 | $0.00 | $15,342.30 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,176.91 | Plan Balance: | $18,002.49 ** |
| Paid to Claims: | $2,635.09 | Current Monthly Payment: | $352.99 |
| Paid to Trustee: | $213.54 | Arrearages: | $0.00 |
| Funds on Hand: | $328.28 | Total Plan Base: | $21,179.40 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**