| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 18-17544 / MBK**

Rosa Davila  
Porfirio Davila, Jr.

Petition Filed Date: 04/16/2018  
341 Hearing Date: 05/24/2018  
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $352.99 | 55086430 | 01/31/2019 | $352.99 | 55817230 | 03/01/2019 | $352.99 | 56630700 |
| 04/01/2019 | $352.99 | 57481340 | 04/29/2019 | $352.99 | 58127140 | 06/10/2019 | $352.99 | 59258520 |
| 07/03/2019 | $352.99 | 59921950 | 08/01/2019 | $352.99 | 60593770 | 08/29/2019 | $352.99 | 61307300 |
| 10/01/2019 | $352.99 | 62185330 | 10/01/2019 | ($352.99) | 62185330 | 10/01/2019 | $352.99 | 62185330 |
| 11/04/2019 | $352.99 | 63057760 | 12/04/2019 | $352.99 | 63811150 | | | |

**Total Receipts for the Period: $4,235.88   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,765.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Rosa Davila | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | MIDLAND CREDIT  AS AGENT FOR<br>»»  COMENITY/VS | Unsecured Creditors | $147.78 | $0.00 | $147.78 |
| 2 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SHERMAN/CREDIT ONE | Unsecured Creditors | $345.00 | $0.00 | $345.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  COMENITY/VS | Unsecured Creditors | $518.05 | $0.00 | $518.05 |
| 4 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»»  2012 VW GTI\CRAM/SANTANDER | Debt Secured by Vehicle | $8,035.75 | $4,559.93 | $3,475.82 |
| 5 | TOYOTA LEASE TRUST<br>»»  2016 TOYOTA CAMRY/SV 2/28/19 | Debt Secured by Vehicle | $147.71 | $147.71 | $0.00 |
| 6 | THE SWISS COLONY | Unsecured Creditors | $174.48 | $0.00 | $174.48 |
| 7 | GINNYS | Unsecured Creditors | $958.74 | $0.00 | $958.74 |
| 8 | COUNTRY DOOR | Unsecured Creditors | $465.18 | $0.00 | $465.18 |
| 9 | ANTERO CAPITAL, LLC.<br>»»  DNF/KAY JEWELERS | Unsecured Creditors | $696.33 | $0.00 | $696.33 |
| 10 | MASON | Unsecured Creditors | $414.37 | $0.00 | $414.37 |
| 11 | FIGI'S COMPANIES INC | Unsecured Creditors | $281.92 | $0.00 | $281.92 |
| 12 | K. JORDAN | Unsecured Creditors | $88.65 | $0.00 | $88.65 |
| 13 | STONEBERRY | Unsecured Creditors | $839.61 | $0.00 | $839.61 |
| 14 | STONEBERRY | Unsecured Creditors | $631.24 | $0.00 | $631.24 |

**Chapter 13 Case No. 18-17544 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PLAIN GREEN LOANS | Unsecured Creditors | $1,933.02 | $0.00 | $1,933.02 |
| 16 | PLAIN GREEN LOANS | Unsecured Creditors | $1,481.25 | $0.00 | $1,481.25 |
| 17 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,492.68 | $0.00 | $1,492.68 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY | Unsecured Creditors | $723.40 | $0.00 | $723.40 |
| 19 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE/RCS | Unsecured Creditors | $1,199.85 | $0.00 | $1,199.85 |
| 20 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $543.03 | $0.00 | $543.03 |
| 21 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $1,204.58 | $0.00 | $1,204.58 |
| 22 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $807.83 | $0.00 | $807.83 |
| 23 | Bill Me Later as Servicer for Synchrony Bank<br>»» COMENITY | Unsecured Creditors | $559.61 | $0.00 | $559.61 |
| 24 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $422.92 | $0.00 | $422.92 |
| 25 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $586.18 | $0.00 | $586.18 |
| 26 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $754.62 | $0.00 | $754.62 |
| 27 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $398.87 | $0.00 | $398.87 |
| 28 | MERRICK BANK | Unsecured Creditors | $1,036.63 | $0.00 | $1,036.63 |
| 29 | LVNV FUNDING LLC<br>»» SANTANDER/FINGERHUT | Unsecured Creditors | $1,554.98 | $0.00 | $1,554.98 |
| 30 | NAVIENT SOLUTIONS, LLC<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 31 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» BLUESTEM/FINGERHUT | Unsecured Creditors | $1,292.46 | $0.00 | $1,292.46 |
| 10004 | PERITUS PORTFOLIO SERVICES II/WOLLEMI ACCEPTANCE<br>»» Split Claim 2012 VW GTI\CRAM BAL/SANTANDER | Unsecured Creditors | $15,342.30 | $0.00 | $15,342.30 |
| 32 | TOYOTA LEASE TRUST<br>»» 2016 TOYOTA CAMRY/DEF BAL | Unsecured Creditors | $707.78 | $0.00 | $707.78 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,765.78 | Plan Balance: | $13,413.62 ** |
| Paid to Claims: | $6,607.64 | Current Monthly Payment: | $352.99 |
| Paid to Trustee: | $503.00 | Arrearages: | $0.00 |
| Funds on Hand: | $655.14 | Total Plan Base: | $21,179.40 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**