Candyce I. Smith-Sklar
Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800 Fax: (609) 538-1399
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of: | Case No. 18-17544-MBK |
| | Chapter 13 |
| Rosa and Porfirio Davila, Jr., | |
| | Hearing Date: 1/13/2021; 9:00am |
| Debtor(s) | **NOTICE OF MOTION TO APPROVE FINANCING WITH LIBERTY HOME MORTGAGE CORPORATION FOR THE PURCHASE OF PROPERTY** |

**RESPONSES OR OBJECTIONS TO THIS MOTION SHOULD BE FILED AT LEAST SEVEN (7) DAYS IN ADVANCE OF HEARING DATE**

TO:  U.S. Trustee  
One Newark Place  
Suite 2100  
Newark, NJ 07102  

Rosa and Porfirio Davila, Jr.,  
21 Eggerts Crossing Road  
Lawrence Township, NJ 08648  

Albert Russo  
Standing Chapter 13 Trustee  
One AAA Drive Suite 101  
Robbinsville, NJ 08691  

Liberty Home Mortgage Corporation  
4401 Rockside Road, Suite 310  
Independence, Ohio 44131  

**PLEASE TAKE NOTICE THAT THE UNDERSIGNED WILL APPLY TO:**

Honorable: Chief Judge Michael B. Kaplan, U.S.B.J.  
Date: January 13, 2021; 9:00am  
Place: United States Courthouse, Clarkson S. Fisher, Federal Bldg.  
402 East State Street, Ct. rm 8  
Trenton, NJ 08608  

RELIEF SOUGHT:  For an Order:  
(1) Allowing Debtor to enter into financing with Liberty Home Mortgage Corp. for purchase of property located at 178 Nebraska Ave., Trenton, NJ  
(2) Holding that any escrow advances, corporate advances and all costs and attorney fees will be capitalized and added to the principal balance.  
(3) Holding that the Debtor's counsel shall be paid subject to the filing and allowance of supplemental fees.  
(4) The debtor will not receive any proceeds from this home loan financing.

GROUNDS: The grounds of the within motion are as set forth more fully in the Certification of the Debtor(s), annexed herein, and served filed together herewith.

BRIEF: Pursuant to D.N.J. L.B.R. 9013-2, the undersigned certifies that no novel issues Of law or fact are presented on this motion to necessitate the filing of a brief on this application.

Dated: December 10, 2020　　　　　　　　By: /s/ Candyce I. Smith-Sklar
　　　　　　　　　　　　　　　　　　　　　　Candyce I. Smith-Sklar, Esq.
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Debtor(s),Rosa and Porfirio Davila, Jr.,*

2.