| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Rosa Davila<br>Porfirio Davila, Jr.<br><br>Debtor(s) | Case No.: 18-17544 / MBK<br><br>Chapter 13<br><br>Hearing Date: 01/13/2021 9:00 AM<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO MOTION TO APPROVE FINANCING**

**Albert Russo,** the Standing Chapter 13 Trustee, hereby objects to for the following reasons:

1. (1) The debtors need to provide updated proof of income, tax returns and an amended schedules I & J.
   (2) The debtors need to provide information regarding how much they will be paying in deposits and down payments to the trustee.
   (3) The motion should also include a motion to purchase property that includes disclosures.

Dated: January 11, 2021

/s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By: Erik Collazo, Staff Attorney