UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Captioned in Compliance with D.N.J. LBR 9004-2©)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

Rosa and Porfirio Davila, Jr.,

                Debtor



**Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-17544-MBK

Chapter 13

Hearing Date: 1//13/2021; 9:00am

Chief Judge: Michael B Kaplan

## ORDER APPROVING THE FINANCE OF PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Financing with Liberty Home Mortgage Corporation, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to enter into a loan agreement for financing of real property located at 178 Nebraska Avenue, Trenton, NJ 08619.
pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
\_\_\_\_\_ Satisfy all Plan obligations from financing proceeds
\_\_\_\_ Continue to make payments under the Plan as proposed or confirmed
__X__ Modify the Plan as follows:
Add real property as secured debt

ORDERED that debtor's counsel be allowed a legal fee of $ **750.00** for representation in connection with this motion upon the filing of a fee application, which is to be paid (chose one):
\_\_\_\_ at closing          __X__ through the plan          \_\_\_\_ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the finance agreement; and it is further

ORDERED that Fed. R. Bankr. P. 6004(g), which provides for a ten (10) day stay of this

order,

      __X__ is applicable       _____ is not applicable

ORDERED that the following other provisions apply:

New Amended schedule C to be filed in 10 days to determine equity in the inheritance.