UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2©)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

Rosa and Porfirio Davila, Jr.,

                Debtor



**Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-17544-MBK

Chapter 13

Hearing Date: 1//13/2021; 9:00am

Chief Judge: Michael B Kaplan

## ORDER APPROVING THE FINANCE OF PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 25, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Financing with Liberty Home Mortgage Corporation, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to enter into a loan agreement for financing of real property located at 178 Nebraska Avenue, Trenton, NJ 08619.
pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
\_\_\_\_\_ Satisfy all Plan obligations from financing proceeds
\_\_\_\_\_ Continue to make payments under the Plan as proposed or confirmed
__X__ Modify the Plan as follows:
Add real property as secured debt

ORDERED that debtor's counsel be allowed a legal fee of $ **750.00** for representation in connection with this motion upon the filing of a fee application, which is to be paid (chose one):
\_\_\_ at closing        __X__ through the plan        \_\_\_ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the finance agreement; and it is further

ORDERED that Fed. R. Bankr. P. 6004(g), which provides for a ten (10) day stay of this

order,

    __X__ is applicable        ____ is not applicable

ORDERED that the following other provisions apply:

New Amended schedule C to be filed in 10 days to determine equity in the inheritance.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-17544-MBK
Rosa Davila  Chapter 13
Porfirio Davila, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Feb 25, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6