Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17544−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosa Davila                                          Porfirio Davila Jr.
   21 Eggerts Crossing Road                  21 Eggerts Crossing Road
   Lawrence Township, NJ 08648          Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−4812                                        xxx−xx−4300

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 20, 2018.

On April 27, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 June 1, 2021
Time:               10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 28, 2021
JAN: pbf

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17544-MBK |
| Rosa Davila | Chapter 13 |
| Porfirio Davila, Jr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 106 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| 517456721 | + | American Coradius International LLC, 2420 Sweet home Road, Ste 150, Buffalo, NY 14228-2244 |
| 517456723 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 517456724 | + | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 517456725 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517456726 | + | BioReference LAb, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3128 |
| 517456727 | + | Bucks. Mercer Pain & Rehab Institute, P., 1330 Calhaun Street, suite 5, Trenton, NJ 08638-4018 |
| 517456739 | + | CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703-5184 |
| 517456799 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Verve, P.O. Box 8099, Newark, DE 19714 |
| 517456728 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 517456729 | + | Capital Health Advanced Imaging PC, PO Box 3246, Indianapolis, IN 46206-3246 |
| 517456730 | + | Capital Health Medical Center- Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 517456731 | + | Capital Health Medical Center- Hopewell, PO Box 785831, Philadelphia, PA 19178-5831 |
| 517456732 | + | Capital Health Medical Group, 3131 Princeton Pike Ste#208, Bldg 5, Lawrence Township, NJ 08648-2201 |
| 517456735 | + | CapitalHealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517456738 | + | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 517456740 | + | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500, Jacksonville, FL 32225-8169 |
| 517456743 | + | Comprehensive Neurology LLC, 1245 Whitehorse Mercerville Road Ste 415, Trenton, NJ 08619-3831 |
| 517557689 | + | Credit Union of New Jersey, c/o Peter J. Liska. LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517456748 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456749 | + | Dakota Lending d/b/a MyLoanSite, PO Box 50, Fort Thompson, SD 57339-0050 |
| 517456750 | + | Delaware Valley Physical Therapy, 123 Franklin Corner Road, Ste 103, Lawrence Township, NJ 08648-2526 |
| 517456752 | + | Dept of Ed/Navient, Claims Dept, Po Box 9400, Wilkes-Barr, PA 18773-9400 |
| 517456753 | + | Equitableacc, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 517456754 | + | Figiz Est. 1944, PO Box 77001, Madison, WI 53707-1001 |
| 517456758 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 517456760 | + | Hamilton Physical Therapy, 1900 Arena Drive, Hamilton, NJ 08610-2426 |
| 517456761 | + | Hy Cite/royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 517456767 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517456768 | + | Mark L. Nichter, P.C., 44 South Broadway, White Plains, NY 10601-4425 |
| 517456773 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517456776 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517456780 | | Plaingreen Loans, 600 Mack Road, Big Sandy, MT 59520 |
| 517456782 | + | Princeton Family Care, 4 Princess Road. Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456783 | + | Princeton Family Care (010), 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456784 | + | Professional Recovery Consultant, Inc., 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 517456785 | + | Publishers Clearing House, PO box 6344, Harlan, IA 51593-1844 |
| 517456788 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517522899 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517456793 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 518286302 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-17544-MBK    Doc 47    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 106 |

| | | |
|---|---|---|
| 517531079 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517456794 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517456795 | + | Trans-Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602-5055 |
| 517456796 | + | Trans-Continental Credit & Collection Co, PO Box 8500-1576, Philadelphia, PA 19178-0001 |
| 517456797 | + | Trenton Orthopaedic Group, P.A., Attn: 16112N, PO Box 14000, Belfast, ME 04915-4033 |
| 517456798 | + | Van Ru, 1350 E. Touhy Ave. Ste 300E, Des Plaines, IL 60018-3342 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517456722 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 517544951 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2021 21:03:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 517456734 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:22:52 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517456733 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:21:55 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517456736 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:22:46 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517456737 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:21:50 | Carson Smithfield, lLC, PO box 9216, Old Bethpage, NY 11804-9016 |
| 517456741 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517456742 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:22:48 | Comenity Capital Bank c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517596560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517456744 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2021 21:05:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 517456745 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517541026 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Country Door, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456746 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2021 21:21:56 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517456747 | + | Email/Text: bankruptcy@cunj.org | Apr 28 2021 21:05:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456751 | + | Email/PDF: pa_dc_ed@navient.com | Apr 28 2021 21:22:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517550335 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456755 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 28 2021 21:06:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 517456756 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 28 2021 21:06:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN |

Case 18-17544-MBK    Doc 47    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 106 |

| | | | | |
|---|---|---|---|---|
| | | | | 56303-0820 |
| 517541023 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Ginny's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456759 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517608426 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517456762 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517456763 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | Jefferson Capital Systems, LLC, PO BOX 17210, Golden, CO 80402-6020 |
| 517456764 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 517550372 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | K. Jordan, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 517600785 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:23:54 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517456766 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:01 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517600784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:21:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517550332 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Mason, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:21:50 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517456770 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517475872 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456772 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456775 | + | Email/PDF: pa_dc_claims@navient.com | Apr 28 2021 21:22:56 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517606726 | | Email/PDF: pa_dc_claims@navient.com | Apr 28 2021 21:22:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517456777 | + | Email/Text: bankruptcy@oliphantfinancial.com | Apr 28 2021 21:05:00 | Oliphant Financial Group, LLC, 2601 Cattlemen Road, Ste 300, Sarasota, FL 34232-6231 |
| 517456781 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:21:58 | Portfolio Recovery Associates LLC, 140 Corporate Blvd.,, Norfolk, VA 23502 |
| 517574808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:23:51 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517456778 | + | Email/Text: recovery@paypal.com | Apr 28 2021 21:03:00 | PayPal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 518183221 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 28 2021 21:06:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| 518183222 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 28 2021 21:06:00 | Peritus Portfolio Services LLC / Wollemi |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 106 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Acquisiti, PO Box 141419, Irving, Tx 75014-1419, Peritus Portfolio Services LLC / Wollemi, PO Box 141419, Irving, Tx 75014-1419 |
| 517456779 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Apr 28 2021 21:05:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517599179 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2021 21:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517456786 | + | Email/Text: bankruptcynotices@pch.com | Apr 28 2021 21:04:00 | Publishers Clearing House, 101 Winners Circle, Port Washington, NY 11050-2218 |
| 517456787 | + | Email/Text: bk@rgsfinancial.com | Apr 28 2021 21:03:00 | RGS Financial, Inc., 1700 Jay Ell Drive STE 200, Richardson, TX 75081-6788 |
| 518140938 | + | Email/Text: bncmail@w-legal.com | Apr 28 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140939 | + | Email/Text: bncmail@w-legal.com | Apr 28 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517456789 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517550432 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456790 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Stoneberry Credit, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 517456791 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:23:45 | Syncb/ccsycc, Po Box 96060, Orlando, FL 32896-0001 |
| 517459907 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:22:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517540993 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456792 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | The Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456800 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 28 2021 21:04:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 517456801 | + | Email/Text: admin@rosebudlending.com | Apr 28 2021 21:06:00 | Zocaloans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 59

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517456757 | *+ | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517456771 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517581254 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456774 | *+ | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517524218 | *+ | Santander Consumer USA, Inc., POB 961245, Ft. Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-17544-MBK    Doc 47    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: 185 | Total Noticed: 106 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6