**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security          **1** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:          **Rosa Davila**                                    Case No.:                    **18-17544**
                **Porfirio Davila, Jr.**                           Judge:

                              Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                          ■ Modified/Notice Required          Date:
☐ Motions Included                  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

■ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 18-17544-MBK   Doc 48   Filed 04/30/21   Entered 05/01/21 00:21:50   Desc Imaged
Certificate of Notice   Page 2 of 12

| Initial Debtor(s)' Attorney _____ | Initial Debtor: **R D** _____ | Initial Co-Debtor **P D** _____ |

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay __352.99  Monthly*__ to the Chapter 13 Trustee, starting on ___ for approximately **84** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
Description:
Proposed date for completion:   _____

- ☐ Refinance of real property:
Description:
Proposed date for completion:   _____

- ☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:   _____

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection                     [X] NONE

a.  Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b.  Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Candyce SMith-Sklar** | **Attorney Fees** | **1,900.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ■ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Santander Consumer USA** | **2012 Volkswagen GTI 96,500 miles Santander 589/month** | **22,105.00** | **7,500.00** | **None** | **7,500.00** | **4.50** | **8,023.94** |

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ■ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan ■ NONE**

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan ■ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  |  |

## Part 5:  Unsecured Claims     NONE

a. **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:  Executory Contracts and Unexpired Leases     NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Toyota Motor Credit Co** | 0.00 | **Monthly payments: $380.00** | **NO Arrearage** | 0.00 |

## Part 7:  Motions     NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ■ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. □ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Santander Consumer USA** | **2012 Volkswagen GTI 96,500 miles Santander 589/month** | **22,105.00** | **7,500.00** | **7,500.00** | **14,605.00** |

## Part 8:  Other Plan Provisions

### a. Vesting of Property of the Estate
- ■ Upon Confirmation
- □ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**

5

5) **Priority Claims**

6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Plan modified to pay 100% to creditors. Debtor is paying in the value of her property (gift of equity) which she inherited upon the death of her father. Plan extended out to 84-months due to negative impact of covid-19** | **Modiified to pay 100% plan. Debtor will be paying in the value of her property (gift of equity) which she inherited upon the death of her father.  Plan extended out to 84-months due to negative impact of covid-19** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes        ■ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $352.99 per month for 36 months, then $991.95 per month for 48 months**

**Student loans to be paid outside of plan**
**plan extended out to 84-months due to negative impact of covid-19.**
**Plan to pay creditors at 100% due to gift of equity**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **April 27, 2021**                                 **/s/ Rosa Davila**
                                                         **Rosa Davila**
                                                         Debtor

Date:  **April 27, 2021**                                 **/s/ Porfirio Davila, Jr.**
                                                         **Porfirio Davila, Jr.**
                                                         Joint Debtor

6

Date  **April 27, 2021**                                    **/s/ Candyce SMith-Sklar**

                                                               **Candyce SMith-Sklar**
                                                                Attorney for the Debtor(s)

7

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 18-17544-MBK |
|---|---|---|
| Rosa Davila | | Chapter 13 |
| Porfirio Davila, Jr. | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf901 | Total Noticed: 106 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| 517456721 | + | American Coradius International LLC, 2420 Sweet home Road, Ste 150, Buffalo, NY 14228-2244 |
| 517456723 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 517456724 | + | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 517456725 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517456726 | + | BioReference LAb, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3128 |
| 517456727 | + | Bucks. Mercer Pain & Rehab Institute, P., 1330 Calhaun Street, suite 5, Trenton, NJ 08638-4018 |
| 517456739 | + | CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703-5184 |
| 517456799 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Verve, P.O. Box 8099, Newark, DE 19714 |
| 517456728 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 517456729 | + | Capital Health Advanced Imaging PC, PO Box 3246, Indianapolis, IN 46206-3246 |
| 517456730 | + | Capital Health Medical Center- Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 517456731 | + | Capital Health Medical Center- Hopewell, PO Box 785831, Philadelphia, PA 19178-5831 |
| 517456732 | + | Capital Health Medical Group, 3131 Princeton Pike Ste#208, Bldg 5, Lawrence Township, NJ 08648-2201 |
| 517456735 | + | CapitalHealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517456738 | + | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 517456740 | + | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500, Jacksonville, FL 32225-8169 |
| 517456743 | + | Comprehensive Neurology LLC, 1245 Whitehorse Mercerville Road Ste 415, Trenton, NJ 08619-3831 |
| 517557689 | + | Credit Union of New Jersey, c/o Peter J. Liska. LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517456748 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456749 | + | Dakota Lending d/b/a MyLoanSite, PO Box 50, Fort Thompson, SD 57339-0050 |
| 517456750 | + | Delaware Valley Physical Therapy, 123 Franklin Corner Road, Ste 103, Lawrence Township, NJ 08648-2526 |
| 517456752 | + | Dept of Ed/Navient, Claims Dept, Po Box 9400, Wilkes-Barr, PA 18773-9400 |
| 517456753 | + | Equitableacc, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 517456754 | + | Figiz Est. 1944, PO Box 77001, Madison, WI 53707-1001 |
| 517456758 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 517456760 | + | Hamilton Physical Therapy, 1900 Arena Drive, Hamilton, NJ 08610-2426 |
| 517456761 | + | Hy Cite/royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 517456767 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517456768 | + | Mark L. Nichter, P.C., 44 South Broadway, White Plains, NY 10601-4425 |
| 517456773 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517456776 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517456780 | | Plaingreen Loans, 600 Mack Road, Big Sandy, MT 59520 |
| 517456782 | + | Princeton Family Care, 4 Princess Road. Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456783 | + | Princeton Family Care (010), 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456784 | + | Professional Recovery Consultant, Inc., 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 517456785 | + | Publishers Clearing House, PO box 6344, Harlan, IA 51593-1844 |
| 517456788 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517522899 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517456793 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 518286302 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf901 | Total Noticed: 106 |

| | | |
|---|---|---|
| 517531079 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517456794 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517456795 | + | Trans-Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602-5055 |
| 517456796 | + | Trans-Continental Credit & Collection Co, PO Box 8500-1576, Philadelphia, PA 19178-0001 |
| 517456797 | + | Trenton Orthopaedic Group, P.A., Attn: 16112N, PO Box 14000, Belfast, ME 04915-4033 |
| 517456798 | + | Van Ru, 1350 E. Touhy Ave. Ste 300E, Des Plaines, IL 60018-3342 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517456722 | + Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 517544951 | + Email/Text: documentfiling@lciinc.com | Apr 28 2021 21:03:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 517456734 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:21:55 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517456733 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:21:55 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517456736 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:21:50 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517456737 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2021 21:23:44 | Carson Smithfield, lLC, PO box 9216, Old Bethpage, NY 11804-9016 |
| 517456741 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517456742 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:23:46 | Comenity Capital Bank c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517596560 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517456744 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2021 21:05:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 517456745 | + Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517541026 | + Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:06:00 | Country Door, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456746 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2021 21:22:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517456747 | + Email/Text: bankruptcy@cunj.org | Apr 28 2021 21:05:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456751 | + Email/PDF: pa_dc_ed@navient.com | Apr 28 2021 21:22:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517550335 | + Email/Text: bankruptcy@sccompanies.com | Apr 28 2021 21:03:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456755 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 28 2021 21:06:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 517456756 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 28 2021 21:06:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN |

District/off: 0312-3                          User: admin                                              Page 3 of 5
Date Rcvd: Apr 28, 2021                       Form ID: pdf901                              Total Noticed: 106

|  |  |  | 56303-0820 |
|---|---|---|---|
| 517541023 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | Ginny's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456759 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517608426 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 28 2021 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517456762 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 28 2021 21:05:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517456763 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 28 2021 21:05:00 | Jefferson Capital Systems, LLC, PO BOX 17210, Golden, CO 80402-6020 |
| 517456764 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:03:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 517550372 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:03:00 | K. Jordan, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | Apr 28 2021 21:05:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 517600785 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 28 2021 21:22:02 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517456766 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Apr 28 2021 21:22:58 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517600784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Apr 28 2021 21:22:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517550332 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:03:00 | Mason, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Apr 28 2021 21:23:45 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517456770 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Apr 28 2021 21:05:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517475872 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Apr 28 2021 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456772 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456775 | + | Email/PDF: pa_dc_claims@navient.com | |
|  |  | Apr 28 2021 21:21:59 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517606726 | | Email/PDF: pa_dc_claims@navient.com | |
|  |  | Apr 28 2021 21:21:59 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517456777 | + | Email/Text: bankruptcy@oliphantfinancial.com | |
|  |  | Apr 28 2021 21:05:00 | Oliphant Financial Group, LLC, 2601 Cattlemen Road, Ste 300, Sarasota, FL 34232-6231 |
| 517456781 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Apr 28 2021 21:22:55 | Portfolio Recovery Associates LLC, 140 Corporate Blvd.,, Norfolk, VA 23502 |
| 517574808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Apr 28 2021 21:21:58 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517456778 | + | Email/Text: recovery@paypal.com | |
|  |  | Apr 28 2021 21:03:00 | PayPal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 518183221 | | Email/Text: peritus@ebn.phinsolutions.com | |
|  |  | Apr 28 2021 21:06:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| 518183222 | | Email/Text: peritus@ebn.phinsolutions.com | |
|  |  | Apr 28 2021 21:06:00 | Peritus Portfolio Services LLC / Wollemi |

District/off: 0312-3                           User: admin                                    Page 4 of 5

Date Rcvd: Apr 28, 2021                        Form ID: pdf901                                Total Noticed: 106

|  |  |  | Acquisiti, PO Box 141419, Irving, Tx 75014-1419, Peritus Portfolio Services LLC / Wollemi, PO Box 141419, Irving, Tx 75014-1419 |
|---|---|---|---|
| 517456779 | + | Email/Text: bankruptcypgl@plaingreenloans.com | |
|  |  | Apr 28 2021 21:05:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517599179 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 28 2021 21:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517456786 | + | Email/Text: bankruptcynotices@pch.com | |
|  |  | Apr 28 2021 21:04:00 | Publishers Clearing House, 101 Winners Circle, Port Washington, NY 11050-2218 |
| 517456787 | + | Email/Text: bk@rgsfinancial.com | |
|  |  | Apr 28 2021 21:03:00 | RGS Financial, Inc., 1700 Jay Ell Drive STE 200, Richardson, TX 75081-6788 |
| 518140938 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Apr 28 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140939 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Apr 28 2021 21:05:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517456789 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517550432 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:03:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456790 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:03:00 | Stoneberry Credit, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 517456791 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 28 2021 21:23:46 | Syncb/ccsycc, Po Box 96060, Orlando, FL 32896-0001 |
| 517459907 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 28 2021 21:22:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517540993 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456792 | + | Email/Text: bankruptcy@sccompanies.com | |
|  |  | Apr 28 2021 21:06:00 | The Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456800 |  | Email/Text: bankruptcytn@wakeassoc.com | |
|  |  | Apr 28 2021 21:04:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 517456801 | + | Email/Text: admin@rosebudlending.com | |
|  |  | Apr 28 2021 21:06:00 | Zocaloans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 59

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517456757 | *+ | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517456771 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517581254 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456774 | *+ | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517524218 | *+ | Santander Consumer USA, Inc., POB 961245, Ft. Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3                                    User: admin                                    Page 5 of 5
Date Rcvd: Apr 28, 2021                                Form ID: pdf901                               Total Noticed: 106

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6