Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−17544−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Davila
21 Eggerts Crossing Road
Lawrence Township, NJ 08648

Porfirio Davila Jr.
21 Eggerts Crossing Road
Lawrence Township, NJ 08648

Social Security No.:
xxx−xx−4812                                    xxx−xx−4300

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        9/8/21
Time:         01:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES
fee: $2,775.00

EXPENSES
expenses: $0.0

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 2, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-17544-MBK

Rosa Davila                                                                          Chapter 13

Porfirio Davila, Jr.

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                    Page 1 of 5

Date Rcvd: Aug 02, 2021             Form ID: 137                   Total Noticed: 106

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| 517456721 | + | American Coradius International LLC, 2420 Sweet home Road, Ste 150, Buffalo, NY 14228-2244 |
| 517456723 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 517456724 | + | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 517456725 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517456726 | + | BioReference LAb, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3128 |
| 517456727 | + | Bucks. Mercer Pain & Rehab Institute, P., 1330 Calhaun Street, suite 5, Trenton, NJ 08638-4018 |
| 517456739 | + | CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703-5184 |
| 517456799 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Verve, P.O. Box 8099, Newark, DE 19714 |
| 517456728 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 517456729 | + | Capital Health Advanced Imaging PC, PO Box 3246, Indianapolis, IN 46206-3246 |
| 517456730 | + | Capital Health Medical Center- Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 517456731 | + | Capital Health Medical Center- Hopewell, PO Box 785831, Philadelphia, PA 19178-5831 |
| 517456732 | + | Capital Health Medical Group, 3131 Princeton Pike Ste#208, Bldg 5, Lawrence Township, NJ 08648-2201 |
| 517456735 | + | CapitalHealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517456738 | + | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 517456740 | + | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500, Jacksonville, FL 32225-8169 |
| 517456743 | + | Comprehensive Neurology LLC, 1245 Whitehorse Mercerville Road Ste 415, Trenton, NJ 08619-3831 |
| 517557689 | + | Credit Union of New Jersey, c/o Peter J. Liska. LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517456748 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456749 | + | Dakota Lending d/b/a MyLoanSite, PO Box 50, Fort Thompson, SD 57339-0050 |
| 517456750 | + | Delaware Valley Physical Therapy, 123 Franklin Corner Road, Ste 103, Lawrence Township, NJ 08648-2526 |
| 517456752 | + | Dept of Ed/Navient, Claims Dept, Po Box 9400, Wilkes-Barr, PA 18773-9400 |
| 517456753 | + | Equitableacc, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 517456754 | + | Figiz Est. 1944, PO Box 77001, Madison, WI 53707-1001 |
| 517456758 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 517456760 | + | Hamilton Physical Therapy, 1900 Arena Drive, Hamilton, NJ 08610-2426 |
| 517456761 | + | Hy Cite/royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 517456767 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, NJ 19714-4326 |
| 517456768 | + | Mark L. Nichter, P.C., 44 South Broadway, White Plains, NY 10601-4425 |
| 517456773 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517456776 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517456777 | + | Oliphant Financial Group, LLC, 2601 Cattlemen Road, Ste 300, Sarasota, FL 34232-6231 |
| 517456780 | | Plaingreen Loans, 600 Mack Road, Big Sandy, MT 59520 |
| 517456782 | + | Princeton Family Care, 4 Princess Road. Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456783 | + | Princeton Family Care (010), 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456784 | + | Professional Recovery Consultant, Inc., 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 517456785 | + | Publishers Clearing House, PO box 6344, Harlan, IA 51593-1844 |
| 517456788 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517522899 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517456793 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517531079 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518286302 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0312-3               User: admin                       Page 2 of 5

Date Rcvd: Aug 02, 2021             Form ID: 137                     Total Noticed: 106

| 517456794 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517456795 | + | Trans-Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602-5055 |
| 517456796 | + | Trans-Continental Credit & Collection Co, PO Box 8500-1576, Philadelphia, PA 19178-0001 |
| 517456797 | + | Trenton Orthopaedic Group, P.A., Attn: 16112N, PO Box 14000, Belfast, ME 04915-4033 |
| 517456798 | + | Van Ru, 1350 E. Touhy Ave. Ste 300E, Des Plaines, IL 60018-3342 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Aug 02 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Aug 02 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517456722 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 02 2021 20:23:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 517544951 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Aug 02 2021 20:23:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 517456734 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Aug 02 2021 20:37:40 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517456733 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Aug 02 2021 20:37:40 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517456736 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2021 20:37:50 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517456737 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 02 2021 20:37:39 | Carson Smithfield, ILC, PO box 9216, Old Bethpage, NY 11804-9016 |
| 517456741 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 02 2021 20:24:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517456742 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 02 2021 20:37:39 | Comenity Capital Bank c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517596560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 02 2021 20:24:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517456744 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Aug 02 2021 20:25:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 517456745 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 02 2021 20:25:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517541026 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 02 2021 20:25:00 | Country Door, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456746 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 02 2021 20:37:42 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517456747 | + | Email/Text: bankruptcy@cunj.org | | |
| | | | Aug 02 2021 20:24:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456751 | + | Email/PDF: pa_dc_ed@navient.com | | |
| | | | Aug 02 2021 20:37:59 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517550335 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 02 2021 20:23:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456755 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Aug 02 2021 20:25:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 517456756 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Aug 02 2021 20:25:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

| 517541023 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | Ginny's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456759 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517608426 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2021 20:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517456762 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2021 20:25:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517456763 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2021 20:25:00 | Jefferson Capital Systems, LLC, PO BOX 17210, Golden, CO 80402-6020 |
| 517456764 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:23:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 517550372 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:23:00 | K. Jordan, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456765 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2021 20:24:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 517600785 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2021 20:37:42 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517456766 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2021 20:37:43 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517600784 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2021 20:37:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517550332 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:23:00 | Mason, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456769 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2021 20:37:40 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517456770 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2021 20:24:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517475872 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2021 20:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456772 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456775 | + Email/PDF: pa_dc_claims@navient.com | Aug 02 2021 20:37:42 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517606726 | Email/PDF: pa_dc_claims@navient.com | Aug 02 2021 20:37:51 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517456781 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2021 20:37:41 | Portfolio Recovery Associates LLC, 140 Corporate Blvd.,, Norfolk, VA 23502 |
| 517574808 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2021 20:37:59 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517456778 | + Email/Text: recovery@paypal.com | Aug 02 2021 20:23:00 | PayPal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 518183221 | Email/Text: peritus@ebn.phinsolutions.com | Aug 02 2021 20:25:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| 518183222 | Email/Text: peritus@ebn.phinsolutions.com | Aug 02 2021 20:25:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419, Peritus Portfolio Services LLC / Wollemi, PO Box 141419, Irving, Tx 75014-1419 |
| 517456779 | + Email/Text: bankruptcypgl@plaingreenloans.com | Aug 02 2021 20:25:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 270, Box Elder, MT 59521-0270 |
| 517599179 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2021 20:25:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517456786 | + Email/Text: bankruptcynotices@pch.com | Aug 02 2021 20:24:00 | Publishers Clearing House, 101 Winners Circle, Port Washington, NY 11050-2218 |
| 517456787 | + Email/Text: bk@rgsfinancial.com | Aug 02 2021 20:23:00 | RGS Financial, Inc., 1700 Jay Ell Drive STE 200, Richardson, TX 75081-6788 |
| 518140938 | + Email/Text: bncmail@w-legal.com | Aug 02 2021 20:24:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140939 | + Email/Text: bncmail@w-legal.com | Aug 02 2021 20:24:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517456789 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517550432 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:23:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456790 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:23:00 | Stoneberry Credit, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 517456791 | + Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 20:37:58 | Syncb/ccsycc, Po Box 96060, Orlando, FL 32896-0001 |
| 517459907 | + Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 20:37:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517540993 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456792 | + Email/Text: bankruptcy@sccompanies.com | Aug 02 2021 20:25:00 | The Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456800 | Email/Text: bankruptcytn@wakeassoc.com | Aug 02 2021 20:23:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 517456801 | + Email/Text: admin@rosebudlending.com | Aug 02 2021 20:25:00 | Zocaloans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517456757 | *+ | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517456771 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517581254 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456774 | *+ | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517524218 | *+ | Santander Consumer USA, Inc., POB 961245, Ft. Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                      User: admin                           Page 5 of 5
Date Rcvd: Aug 02, 2021                   Form ID: 137                      Total Noticed: 106

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021                   Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6