UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Rosa and Porfirio Davila, Jr.<br>Debtor(s) | Case No.: __18-17544__<br>Chapter: __13__<br>Judge: __Michael B Kaplan__ |

### NOTICE OF PROPOSED PRIVATE SALE

__Candyce Smith-Sklar, Esq.__, __attorney for Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
CLERK UNITED STATES BANKRUPTCY COURT
CLARKSON S. FISHER FED. COURTHOUSE
402 E. STATE STREET, ROOM 8
TRENTON, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B Kaplan, Chief, Judge__ on __May 25, 2022__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 E. State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
21 Eggerts Crossing Road, Lawrence Township, NJ 08648

Proposed Purchaser:
Hilbert Leonel Espina Martinez
1121 Lawrenceville Road
Lawrenceville, NJ 08648

Sale price:
$390,000 (Three Hundred and Ninethy Thousand Dollars)

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Sklar S mith-Sklar, Esq. | Rafael Rodriguez |
|---|---|---|
| Amount to be paid: | 900.00 | 5% Commission due Listing Agent/Buyer's Agent |
| Services rendered: | Review contract, prepare applicable motions obtained payoffs, research liens to determine if satisfied and document review for closing. | List property, secure Buyer Prepare documents, close title |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Candyce Smith-Sklar, Esq., c/o Law Offices of Sklar Smith-Sklar, LLC

Address: 1901 N. Olden Avenue, Suite 22, Ewing, NJ 08618

Telephone No.: (609) 882-9800  Fax: (609) 538-1399  email: mail@njpalaw.com

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Rosa Davila  
Porfirio Davila, Jr.  
    Debtors

Case No. 18-17544-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: Apr 27, 2022     Form ID: pdf905     Total Noticed: 109

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa Davila, 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| jdb | + | Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| r | | Rafael Rodriguez, ReMax Tri County, 2275 NJ-33 #308, Hamilton Square, NJ 08690 |
| 517456721 | + | American Coradius International LLC, 2420 Sweet home Road, Ste 150, Buffalo, NY 14228-2244 |
| 517456723 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 517456724 | + | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 517456725 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517456726 | + | BioReference LAb, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3128 |
| 517456727 | + | Bucks. Mercer Pain & Rehab Institute, P., 1330 Calhaun Street, suite 5, Trenton, NJ 08638-4018 |
| 517456739 | ++ | CCB CREDIT SERVICES INC, 5300 SOUTH 6TH STREET FRONTAGE RD EAST, SPRINGFIELD IL 62703-5184 address filed with court:, CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703 |
| 517456728 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 517456729 | + | Capital Health Advanced Imaging PC, PO Box 3246, Indianapolis, IN 46206-3246 |
| 517456730 | + | Capital Health Medical Center- Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 517456731 | + | Capital Health Medical Center- Hopewell, PO Box 785831, Philadelphia, PA 19178-5831 |
| 517456732 | + | Capital Health Medical Group, 3131 Princeton Pike Ste#208, Bldg 5, Lawrence Township, NJ 08648-2201 |
| 517456735 | + | CapitalHealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517456738 | + | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 517456740 | + | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500, Jacksonville, FL 32225-8169 |
| 517456743 | + | Comprehensive Neurology LLC, 1245 Whitehorse Mercerville Road Ste 415, Trenton, NJ 08619-3831 |
| 517456748 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456749 | + | Dakota Lending d/b/a MyLoanSite, PO Box 50, Fort Thompson, SD 57339-0050 |
| 517456750 | + | Delaware Valley Physical Therapy, 123 Franklin Corner Road, Ste 103, Lawrence Township, NJ 08648-2526 |
| 517456753 | + | Equitableacc, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 517456754 | + | Figiz Est. 1944, PO Box 77001, Madison, WI 53707-1001 |
| 517456760 | + | Hamilton Physical Therapy, 1900 Arena Drive, Hamilton, NJ 08610-2426 |
| 517456761 | + | Hy Cite/royal Prestige, 333 Holtzman Rd, Madison, WI 53713-2109 |
| 517456767 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517456768 | + | Mark L. Nichter, P.C., 44 South Broadway, White Plains, NY 10601-4425 |
| 517456773 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517456780 | | Plaingreen Loans, 600 Mack Road, Big Sandy, MT 59520 |
| 517456782 | + | Princeton Family Care, 4 Princess Road. Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456783 | + | Princeton Family Care (010), 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456784 | + | Professional Recovery Consultant, Inc., 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 517456785 | + | Publishers Clearing House, PO box 6344, Harlan, IA 51593-1844 |
| 517456794 | + | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517456796 | + | Trans-Continental Credit & Collection Co, PO Box 8500-1576, Philadelphia, PA 19178-0001 |
| 517456797 | + | Trenton Orthopaedic Group, P.A., Attn: 16112N, PO Box 14000, Belfast, ME 04915-4033 |
| 517456798 | + | Van Ru, 1350 E. Touhy Ave. Ste 300E, Des Plaines, IL 60018-3342 |
| 517456799 | + | Verve, P.O. Box 8099, Newark, DE 19714-8099 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf905 | Total Noticed: 109 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517456722 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 517544951 | + Email/Text: documentfiling@lciinc.com | Apr 27 2022 20:41:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 517456734 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 20:54:48 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517456739 | Email/Text: Bankrupticies@ccbcreditservices.net | Apr 27 2022 20:42:00 | CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703 |
| 517557689 | Email/Text: bankruptcy@cunj.org | Apr 27 2022 20:42:00 | Credit Union of New Jersey, Risk Mitigation Dept., POB 7921, Ewing, NJ 08628 |
| 517456733 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2022 20:54:48 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517456736 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2022 20:54:36 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517456737 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2022 20:54:48 | Carson Smithfield, lLC, PO box 9216, Old Bethpage, NY 11804-9016 |
| 517456741 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 20:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517456742 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:37 | Comenity Capital Bank c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517596560 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 20:42:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517456744 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 27 2022 20:42:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 517456745 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517541026 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | Country Door, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456746 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2022 20:54:38 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517456747 | + Email/Text: bankruptcy@cunj.org | Apr 27 2022 20:42:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456751 | + Email/PDF: pa_dc_ed@navient.com | Apr 27 2022 20:54:39 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517456752 | + Email/PDF: pa_dc_claims@navient.com | Apr 27 2022 20:54:37 | Dept of Ed/Navient, Claims Dept, Po Box 9400, Wilkes-Barr, PA 18773-9400 |
| 517550335 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456755 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 27 2022 20:42:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 517456756 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 27 2022 20:42:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517456758 | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2022 20:54:29 | First Premier Bank, 601 S Minneaplois Ave, Dious |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517541023 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | FDalls, SD 57104 |
| | | | | Ginny's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456759 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517608426 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2022 20:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517456762 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2022 20:42:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517456763 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2022 20:42:00 | Jefferson Capital Systems, LLC, PO BOX 17210, Golden, CO 80402-6020 |
| 517456764 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 517550372 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | K. Jordan, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2022 20:42:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 517600785 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 20:54:30 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517456766 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 20:54:40 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517600784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2022 20:54:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517550332 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | Mason, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2022 20:54:37 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517456770 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 20:42:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517475872 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2022 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456772 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517456775 | + | Email/PDF: pa_dc_claims@navient.com | Apr 27 2022 20:54:49 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517606726 | | Email/PDF: pa_dc_ed@navient.com | Apr 27 2022 20:54:38 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517456776 | + | Email/Text: ngisupport@radiusgs.com | Apr 27 2022 20:42:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517456777 | + | Email/Text: bankruptcy@oliphantfinancial.com | Apr 27 2022 20:42:00 | Oliphant Financial Group, LLC, 2601 Cattlemen Road, Ste 300, Sarasota, FL 34232-6231 |
| 517456781 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 20:54:29 | Portfolio Recovery Associates LLC, 140 Corporate Blvd.,, Norfolk, VA 23502 |
| 517574808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 20:54:39 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517456778 | + | Email/Text: recovery@paypal.com | Apr 27 2022 20:41:00 | PayPal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 518183221 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 27 2022 20:42:00 | Peritus Portfolio Services LLC / Wollemi |

Case 18-17544-MBK   Doc 69   Filed 04/29/22   Entered 04/30/22 00:16:49   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf905 | Total Noticed: 109 |

| | | | |
|---|---|---|---|
| 518183222 | Email/Text: peritus@ebn.phinsolutions.com | | Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| | | Apr 27 2022 20:42:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419, Peritus Portfolio Services LLC / Wollemi, PO Box 141419, Irving, Tx 75014-1419 |
| 517456779 | + Email/Text: bankruptcypgl@plaingreenloans.com | Apr 27 2022 20:42:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517599179 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2022 20:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517456786 | + Email/Text: bankruptcynotices@pch.com | Apr 27 2022 20:42:00 | Publishers Clearing House, 101 Winners Circle, Port Washington, NY 11050-2218 |
| 517456787 | + Email/Text: bk@rgsfinancial.com | Apr 27 2022 20:41:00 | RGS Financial, Inc., 1700 Jay Ell Drive STE 200, Richardson, TX 75081-6788 |
| 518140938 | + Email/Text: bncmail@w-legal.com | Apr 27 2022 20:42:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140939 | + Email/Text: bncmail@w-legal.com | Apr 27 2022 20:42:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517456788 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2022 20:42:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517522899 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2022 20:42:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517456789 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517550432 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456790 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:41:00 | Stoneberry Credit, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 517456791 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:28 | Syncb/ccsycc, Po Box 96060, Orlando, FL 32896-0001 |
| 517459907 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 20:54:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517456793 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2022 20:42:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517456795 | Email/Text: blindsay@transcontinentalcredit.com | Apr 27 2022 20:42:00 | Trans-Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602 |
| 517540993 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456792 | + Email/Text: bankruptcy@sccompanies.com | Apr 27 2022 20:43:00 | The Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517531079 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2022 20:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518286302 | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 20:54:30 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517456800 | Email/Text: bankruptcytn@wakeassoc.com | Apr 27 2022 20:42:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 517456801 | + Email/Text: admin@rosebudlending.com | Apr 27 2022 20:42:00 | Zocaloans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517456757 | *+ | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517456771 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517581254 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456774 | *+ | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517524218 | *+ | Santander Consumer USA, Inc., POB 961245, Ft. Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Credit Union of New Jersey collections@peterliska.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila  Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7