April 25, 2023

To Whom it May Concern:

RE: Case # 1817544 for Rosa & Porfirio Davila JR 21 Eggerts Crossing Road Lawrence Township, NJ 08648

I am requesting an objection to the default notice dated April 20, 2023 that I received from my Trustee Albert Russo. We are in default in the amount of $7,583.56. The vehicle on the bankruptcy was totaled out and the insurance is waiting to mail the Trustee a check in the approximate amount of $9,000. Our attorney is refusing to accept this check unless we pay $3,500. My husband spoke to Anita at the Trustees office and with the courts approval they will accept the check as it covers the default plus additional payments. Once this is cleared we would like to have our payments reevaluated as my husband is unemployed, I am only working 1 job instead of 2 like when we 1st filed and we now have a daughter that is 10 months. We also no longer want to use the attorney that previously represented us as we are not satisfied with her services. If you need any supporting documentation (proof of unemployment, pay stubs, info from insurance or proof of birth of my child) please contact me anytime at 609-533-8530.

Thank you for your time,

Rosa Davila

Porfirio Davila Jr