**MARKET VALUATION REPORT**

*Prepared for HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY*

 # REPORT SUMMARY

 ## CLAIM INFORMATION

| | |
|---|---|
| Owner | Davila, Rosa |
| | 21 Eggerts Crossing Rd |
| | Lawrence Township, NJ 08648-2803 |
| Loss Vehicle | 2012 Volkswagen GTI Autobahn Manual |
| Loss Incident Date | 03/07/2023 |
| Claim Reported | 03/10/2023 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 112042229 |
| Claim Reference | 347301-GO-1 |
| Adjuster | Lederman, Chris |
| Odometer | 113,361 |
| Last Updated | 03/13/2023 12:17 PM |

 ## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | $ 10,733.00 |
| Condition Adjustment | + $ 256.00 |
| Salvage Deduction* | - $ 2,524.82 |
| **Adjusted Vehicle Value** | $ 8,464.18 |
| TAXES AND DMV FEES* | + $ 788.02 |
| **Value before Deductible** | $ 9,252.20 |
| Deductible* | - $ 100.00 |
| **Total** | **$ 9,152.20** |

Adjustments indicated with an Asterisk (*) have been determined by HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

---

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY.

Loss vehicle has 9% fewer than average mileage of 123,900.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology .......................... 2
Vehicle Information .............................. 3
Vehicle Condition ................................. 6
Comparable Vehicles ............................ 7
Valuation Notes ................................... 10
Supplemental Information ..................... 11

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

**CCC ONE. MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE



Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:
- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.



**MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | LAWRENCE TOWNSHIP, NJ 08648-2803 |
| VIN | WVWGV7AJ3CW297850 |
| Year | 2012 |
| Make | Volkswagen |
| Model | GTI |
| Trim | Autobahn |
| Body Style | Manual |
| Body Type | Hatchback |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.0L |
| Induction | Turbocharged |
| Fuel Type | Gasoline |
| Carburation | Direct Injection |
| Transmission | 6 Speed Transmission Overdrive |
| Curb Weight | 3113 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| | | |
|---|---|---|
| Odometer | 113,361 | + 528 |

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | 2 Collision Estimates | 03/13/2023 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 3 Recalls | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.



**CCC ONE. MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

# 🚗 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Odometer | 113,361 | |
| Transmission | 6 Speed Transmission | ✓ |
| | Overdrive | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Trunk/Liftgate | ✓ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Navigation System | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| Seating | Bucket Seats | 📄 |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Premium Radio | ✓ |
| | Satellite Radio | ✓ |

To the left is the equipment of the loss vehicle that HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📄 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

 **MARKET VALUATION REPORT**  Owner: Davila, Rosa
Claim: 347301-GO-1

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Wheels | Aluminum/Alloy Wheels | ✓ |
| Roof | Electric Glass Roof | ✓ |
| Safety/Brakes | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Positraction | ✓ |
| | Hands Free | ✓ |
| | Xenon Or L.E.D. Headlamps | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| Exterior/Paint/Glass | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Body Side Moldings | ✓ |
| | Fog Lamps | ✓ |
| | Rear Spoiler | ✓ |
| | Rear Window Wiper | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

# 🚘 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | Average | $ 0 |
| Transmission | AVERAGE PRIVATE | Average | $ 0 |
| **PAINT** | | | |
| PAINT | AVERAGE PRIVATE | Normal wear | $ 0 |
| **TIRES** | | | |
| Front Tires | AVERAGE PRIVATE | . | $ 0 |
| Rear Tires | AVERAGE PRIVATE | . | $ 0 |
| **BODY/GLASS** | | | |
| BODY/GLASS | DEALER RETAIL | There isn't evidence of any prior dents or rust. The exterior is in above average condition. | $ 256 |
| **INTERIOR** | | | |
| INTERIOR | AVERAGE PRIVATE | Average | $ 0 |
| **Total Condition Adjustments** | | | **$ 256** |

HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

 **COMPARABLE VEHICLES**

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 113,361 | 121,010 | 104,309 | 84,341 |
| 6 Speed Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Liftgate | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Navigation System | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Cloth Seats | ✗ | ✗ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✗ | ✓ | ✓ | ✗ |
| Leather Seats | ✓ | ✓ | ✗ | ✓ |
| Heated Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| CD Changer/Stacker | ✗ | ✓ | ✗ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |

**Comp 1**    Updated Date: 02/28/2023
**2012 Volkswagen Gti Autobahn Manual 4 2.0l Gasoline Turbocharged Direct Injection**
**VIN** WVWGV7AJ8CW293258
**Dealership** Hermes Auto Sales Inc
**Telephone** (833) 833-3211
**Source** Dealer Ad
**Distance from Lawrence Township, NJ**
219 Miles - Taunton, MA

**Comp 2**    Updated Date: 12/28/2022
**2012 Volkswagen Gti Autobahn Manual 4 2.0l Gasoline Turbocharged Direct Injection**
**VIN** WVWGV7AJ9CW155261
**Dealership** Capital Motors
**Telephone** (919) 875-8080
**Source** Autotrader
**Stock #** 155261
**Distance from Lawrence Township, NJ**
372 Miles - Raleigh, NC

**Comp 3**    Updated Date: 01/31/2023
**2012 Volkswagen Gti Autobahn Manual 4 2.0l Gasoline Turbocharged Direct Injection**
**VIN** WVWGV7AJ0CW260268
**Dealership** First Team Subaru Norfolk
**Telephone** (757) 461-8855
**Source** Autotrader
**Stock #** N221080A
**Distance from Lawrence Township, NJ**
249 Miles - Norfolk, VA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

 **CCC ONE. MARKET VALUATION REPORT**  Owner: Davila, Rosa
Claim: 347301-GO-1

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Positraction | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Xenon Or L.E.D. Headlamps | ✓ | ✓ | ✓ | ✓ |
| Alarm | | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Body Side Moldings | ✓ | ✓ | ✓ | ✓ |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Rear Spoiler | ✓ | ✓ | ✓ | ✓ |
| Rear Window Wiper | ✓ | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✓ | ✓ | ✓ |
| **List Price** | | $ 11,999 | $ 12,950 | $ 12,900 |
| **Adjustments:** | | | | |
| Options | | - $ 150 | + $ 400 | |
| Mileage | | + $ 373 | - $ 379 | - $ 1,025 |
| Condition¹ | | - $ 1,719 | - $ 1,719 | - $ 1,719 |
| **Adjusted Comparable Value** | | $ 10,503 | $ 11,252 | $ 10,156 |

¹The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

 **CCC ONE. MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4**<br>Source: Autotrader<br>South Shore Auto Gallery Inc<br>Abington, MA<br>(339) 788-9506<br>233 Miles From Lawrence Township, NJ | 2012 Volkswagen Gti Autobahn Manual 4 2.0l Gasoline Turbocharged Direct Injection<br>Odometer: 131,221<br>VIN: WVWGV7AJ8CW297858<br>Updated Date: 03/05/2023 | $ 11,499 (List) | $ 11,076 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.



**MARKET VALUATION REPORT**

Owner: Davila, Rosa
Claim: 347301-GO-1

## VALUATION NOTES

04/06/2023 17:39 - POADJ CHANGE REQUESTED BY: HUTCHCROFT,CLINT

03/13/2023 12:17 - POADJ CHANGE REQUESTED BY: HUTCHCROFT,CLINT

03/13/2023 12:17 - Pre/Post Tax data modified after Valuation

03/13/2023 12:16 - POADJ CHANGE REQUESTED BY: HUTCHCROFT,CLINT

This Market Valuation Report has been prepared exclusively for use by HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New Jersey Administrative Code 11:3-10.