Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–17544–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Davila
21 Eggerts Crossing Road
Lawrence Township, NJ 08648

Porfirio Davila Jr.
21 Eggerts Crossing Road
Lawrence Township, NJ 08648

Social Security No.:
xxx–xx–4812

xxx–xx–4300

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/24/23 at 09:00 AM

to consider and act upon the following:

**75** – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/4/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 4/27/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court