Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtors, Rosa and Porfirio Davila**

Order Filed on May 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 18-17544-MBK |
| Rosa and Porfirio Davila, Jr | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## ORDER PURSUANT TO
## APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: May 9, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$900.00** to be paid through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-17544-MBK
Rosa Davila                                                                                     Chapter 13
Porfirio Davila, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                   Page 1 of 2
Date Rcvd: May 11, 2023            Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3          User: admin          Page 2 of 2
Date Rcvd: May 11, 2023          Form ID: pdf903          Total Noticed: 1
TOTAL: 6