UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtors*

In Re:

**Rosa Davila and**
**Porfirio Davila, Jr**
                            Debtor

Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        18-17544-MBK

Hearing Date:   6/14/23; 9:00am

Chief Judge:    Michael B Kaplan

Chapter         13

**ORDER AUTHORIZING CANDYCE SMITH-SKLAR, ESQ. TO WITHDRAW AS COUNSEL TO THE CHAPTER 13 DEBTORS, ROSA AND PORFIRIO DAVILA**

The relief set forth on the following pages numbered two (1) through three (2) is hereby **ORDERED.**

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS matter having come before the court on the counsel's Motion to be Relieved as Counsel, and notice to Debtors and other parties of interest and no opposition being raised by any party of interest, and the court having reviewed the submitted application and being satisfied that good cause has been shown;

IT IS on this ____ Day of April, 2023

**IT IS** hereby **ORDERED** as follows:

Candyce Smith-Sklar, Esq. and the law firm of Sklar Smith-Sklar are hereby relieved as counsel for the Debtors, Rosa and Porfirio Davila; and it is

**FURTHER ORDERED**, that the movant shall serve this Order on the Debtors, the Trustee and any other party who entered an appearance on this Motion.