UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Captioned in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.

*Attorney for Debtors*



**Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**Rosa Davila and
Porfirio Davila, Jr**
                    Debtor

Case No:        18-17544-MBK

Hearing Date:   6/14/23; 9:00am

Chief Judge:    Michael B Kaplan

Chapter         13

---

**ORDER AUTHORIZING CANDYCE SMITH-SKLAR, ESQ. TO WITHDRAW AS COUNSEL TO THE CHAPTER 13 DEBTORS, ROSA AND PORFIRIO DAVILA**

---

The relief set forth on the following pages numbered two (1) through three (2) is hereby **ORDERED.**

**DATED: May 25, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS matter having come before the court on the counsel's Motion to be Relieved as Counsel, and notice to Debtors and other parties of interest and no opposition being raised by any party of interest, and the court having reviewed the submitted application and being satisfied that good cause has been shown;

IT IS on this ____ Day of April, 2023

**IT IS** hereby **ORDERED** as follows:

Candyce Smith-Sklar, Esq. and the law firm of Sklar Smith-Sklar are hereby relieved as counsel for the Debtors, Rosa and Porfirio Davila; and it is

**FURTHER ORDERED**, that the movant shall serve this Order on the Debtors, the Trustee and any other party who entered an appearance on this Motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-17544-MBK
Rosa Davila                                                                                        Chapter 13
Porfirio Davila, Jr.
     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Rosa Davila njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Porfirio Davila Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 25, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6