Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtors, Rosa and Porfirio Davila

**Order Filed on June 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No.: 18-17544-MBK |
| Rosa Davila | Chapter: 13 |
| Porfirio Davila, | |
| | Hearing date: 6/14/2023; 9:00am |
| **Debtor(s)** | Chief Judge: Michael B Kaplan |
| | **FILED UNDER 7-DAY RULE** |

## ORDER TO APPROVE DISBURSEMENTS OF AUTO INSURANCE PROCEEDS

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: June 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

| | |
|---|---|
| **Debtor:** | Rosa and Porfirio Davila |
| **Case No.:** | 18-17544-MBK |
| **Caption of Order:** | Order to Approve Disbursements of Auto Insurance Proceeds |

The attorney for the Debtors having filed a Notice of Motion to Approve Disbursements of Auto insurance proceeds in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The net recovery from insurance proceeds in the amount of $9,152.20 to be disbursed in the following manner:

    a. Net Recovery from Harleysville Insurance Co.: $9,152.20

    b. Vehicle payoff to Peritus Portfolio Serv./Santander on their secured claim: $ 0.00

    c. Disbursement to Debtors: $ 0.00

    d. **Net Proceeds to Trustee for disbursement as per confirmed Plan:** **$9,152.20**

2. The Trustee is to receive Insurance proceeds directly for disbursement. Any remaining deficiency owed to Peritus Portfolio Services/Santander, is hereby reclassified as unsecured.

3. The Trustee can disburse the remaining proceeds to pay allowed claims as per the order of distribution in the confirmed Plan:

4. Secured creditor, Peritus Portfolio Services/Santander, is Ordered to cancel its lien of record and surrender the certificate of Title to Harleysville Insurance Company of New

Jersey.

**Dated:**_____**, 2023**

_____
Hon. Michael B Kaplan, Chief, Judge
United States Bankruptcy Court Judge
District of New Jersey