Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtors, Rosa and Porfirio Davila

**Order Filed on June 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No.: 18-17544-MBK |
| | } | |
| Rosa Davila | } | Chapter: 13 |
| Porfirio Davila, | } | |
| | } | Hearing date: 6/14/2023; 9:00am |
| | } | |
| **Debtor(s)** | } | Chief Judge: Michael B Kaplan |
| | } | |
| | } | **FILED UNDER 7-DAY RULE** |

## ORDER TO APPROVE DISBURSEMENTS OF AUTO INSURANCE PROCEEDS

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: June 29, 2023**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

**Debtor:** Rosa and Porfirio Davila

**Case No.:** 18-17544-MBK

**Caption of Order:** Order to Approve Disbursements of Auto Insurance Proceeds

---

The attorney for the Debtors having filed a Notice of Motion to Approve Disbursements of Auto insurance proceeds in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The net recovery from insurance proceeds in the amount of $9,152.20 to be disbursed in the following manner:

   a. Net Recovery from Harleysville Insurance Co.:    $9,152.20

   b. Vehicle payoff to Peritus Portfolio Serv./Santander on their secured claim:    $ 0.00

   c. Disbursement to Debtors:    $ 0.00

   d. **Net Proceeds to Trustee for disbursement as per confirmed Plan:**    **$9,152.20**

2. The Trustee is to receive Insurance proceeds directly for disbursement. Any remaining deficiency owed to Peritus Portfolio Services/Santander, is hereby reclassified as unsecured.

3. The Trustee can disburse the remaining proceeds to pay allowed claims as per the order of distribution in the confirmed Plan:

4. Secured creditor, Peritus Portfolio Services/Santander, is Ordered to cancel its lien of record and surrender the certificate of Title to Harleysville Insurance Company of New

Jersey.

.

**Dated:_____, 2023**                           _____
                                                                             Hon. Michael B Kaplan, Chief, Judge
                                                                             United States Bankruptcy Court Judge
                                                                             District of New Jersey

United States Bankruptcy Court

District of New Jersey

In re:  
Rosa Davila  
Porfirio Davila, Jr.  
    Debtors

Case No. 18-17544-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Jun 29, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

**Name**     **Email Address**  

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Michael R. DuPont  
    on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4