Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17544−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosa Davila   Porfirio Davila Jr.
21 Eggerts Crossing Road   21 Eggerts Crossing Road
Lawrence Township, NJ 08648   Lawrence Township, NJ 08648

Social Security No.:
xxx−xx−4812   xxx−xx−4300

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 3, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17544-MBK |
| Rosa Davila | Chapter 13 |
| Porfirio Davila, Jr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 108 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rosa Davila, Porfirio Davila, Jr., 21 Eggerts Crossing Road, Lawrence Township, NJ 08648-2803 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| r | | Rafael Rodriguez, ReMax Tri County, 2275 NJ-33 #308, Hamilton Square, NJ 08690 |
| 517456723 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 517456726 | + | BioReference LAb, 481 Edward H Ross Drive, Elmwood Park, NJ 07407-3128 |
| 517456727 | + | Bucks. Mercer Pain & Rehab Institute, P., 1330 Calhaun Street, suite 5, Trenton, NJ 08638-4018 |
| 517456729 | ++ | CAPITAL HEALTH ADVANCED IMAGING PC, ATTN C/O AJAY CHOUDHRI, 315 STRATFORD DRIVE, LAWRENCEVILLE NJ 08648-1251 address filed with court:, Capital Health Advanced Imaging PC, PO Box 3246, Indianapolis, IN 46206 |
| 517456728 | + | Capital Health, One Capital Way, Pennington, NJ 08534-2520 |
| 517456730 | + | Capital Health Medical Center- Hopewell, One Capital Way, Pennington, NJ 08534-2520 |
| 517456731 | + | Capital Health Medical Center- Hopewell, PO Box 785831, Philadelphia, PA 19178-5831 |
| 517456732 | + | Capital Health Medical Group, 3131 Princeton Pike Ste#208, Bldg 5, Lawrence Township, NJ 08648-2201 |
| 517456735 | + | CapitalHealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517456743 | + | Comprehensive Neurology LLC, 1245 Whitehorse Mercerville Road Ste 415, Trenton, NJ 08619-3831 |
| 517456748 | + | Cu Of Nj, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456749 | + | Dakota Lending d/b/a MyLoanSite, PO Box 50, Fort Thompson, SD 57339-0050 |
| 517456750 | + | Delaware Valley Physical Therapy, 123 Franklin Corner Road, Ste 103, Lawrence Township, NJ 08648-2526 |
| 517456753 | + | Equitableacc, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 517456754 | + | Figiz Est. 1944, PO Box 77001, Madison, WI 53707-1001 |
| 517456760 | + | Hamilton Physical Therapy, 1900 Arena Drive, Hamilton, NJ 08610-2426 |
| 517456767 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 517456768 | + | Mark L. Nichter, P.C., 44 South Broadway, White Plains, NY 10601-4425 |
| 517456773 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517456780 | | Plaingreen Loans, 600 Mack Road, Big Sandy, MT 59520 |
| 517456782 | + | Princeton Family Care, 4 Princess Road. Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456783 | + | Princeton Family Care (010), 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 517456784 | + | Professional Recovery Consultant, Inc., 2700 Meridian Parkway, Suite 200, Durham, NC 27713-2450 |
| 517459907 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517456796 | + | Trans-Continental Credit & Collection Co, PO Box 8500-1576, Philadelphia, PA 19178-0001 |
| 517456797 | + | Trenton Orthopaedic Group, P.A., Attn: 16112N, PO Box 14000, Belfast, ME 04915-4033 |
| 517456798 | + | Van Ru, 1350 E. Touhy Ave. Ste 300E, Des Plaines, IL 60018-3342 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2024 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2024 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517456721 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 03 2024 21:05:53 | American Coradius International LLC, 2420 Sweet home Road, Ste 150, Buffalo, NY 14228-2244 |
| 517456722 | + | EDI: CBSAMERIMARK | Jun 04 2024 00:57:00 | Amerimark Premier, Po Box 2845, Monroe, WI 53566-8045 |
| 517544951 | + | EDI: LCIFULLSRV | Jun 04 2024 00:57:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 517456724 | ^ | MEBN | Jun 03 2024 21:08:41 | Arcadia, PO Box 6768, Reading, PA 19610-0768 |
| 517456725 | + | Email/Text: bankruptcy@signetjewelers.com | Jun 03 2024 21:20:00 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517456734 | | EDI: CAPITALONE.COM | Jun 04 2024 00:57:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517456739 | | Email/Text: Bankruptcies@ccbcreditservices.net | Jun 03 2024 21:20:00 | CCB Credit Services, Inc., 5300 S 6th Street, Springfield, IL 62703 |
| 517456799 | | Email/Text: cfcbackoffice@contfinco.com | Jun 03 2024 21:20:00 | Verve, P.O. Box 8099, Newark, DE 19714 |
| 517557689 | | Email/Text: bankruptcy@cunj.org | Jun 03 2024 21:20:00 | Credit Union of New Jersey, Risk Mitigation Dept., POB 7921, Ewing, NJ 08628 |
| 517456733 | + | EDI: CAPITALONE.COM | Jun 04 2024 00:57:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517456736 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 21:29:20 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517456737 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 21:18:28 | Carson Smithfield, lLC, PO box 9216, Old Bethpage, NY 11804-9016 |
| 517456738 | + | Email/Text: accountresolution@can-lending.com | Jun 03 2024 21:20:00 | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 517456740 | + | Email/Text: ngisupport@radiusgs.com | Jun 03 2024 21:20:00 | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500, Jacksonville, FL 32225-8169 |
| 517456741 | + | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517456742 | + | EDI: SYNC | Jun 04 2024 00:57:00 | Comenity Capital Bank c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517596560 | + | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517456744 | + | EDI: CONVERGENT.COM | Jun 04 2024 00:57:00 | Convergent, 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 517456745 | + | EDI: CBS7AVE | Jun 04 2024 00:57:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517541026 | + | EDI: CBS7AVE | Jun 04 2024 00:57:00 | Country Door, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456746 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2024 21:17:36 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517456747 | + | Email/Text: bankruptcy@cunj.org | Jun 03 2024 21:20:00 | Credit Union Nj/ml, Po Box 7921, Ewing, NJ 08628-0921 |
| 517456751 | + | EDI: MAXMSAIDV | Jun 04 2024 00:57:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517456752 | + | Email/PDF: pa_dc_claims@navient.com | Jun 03 2024 21:18:32 | Dept of Ed/Navient, Claims Dept, Po Box 9400, Wilkes-Barr, PA 18773-9400 |
| 517550335 | + | EDI: CBSMASON | Jun 04 2024 00:57:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456755 | + | EDI: BLUESTEM | | |

| | | | | |
|---|---|---|---|---|
| 517456756 | + | EDI: BLUESTEM | Jun 04 2024 00:57:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 517456758 | | EDI: AMINFOFP.COM | Jun 04 2024 00:57:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517541023 | + | EDI: CBS7AVE | Jun 04 2024 00:57:00 | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 517456759 | + | EDI: CBS7AVE | Jun 04 2024 00:57:00 | Ginny's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456761 | | Email/Text: bankruptcynotices@hycite.com | Jun 04 2024 00:57:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517608426 | | EDI: JEFFERSONCAP.COM | Jun 03 2024 21:20:00 | Hy Cite/royal Prestige, 333 Holtzman Rd, Madison, WI 53713 |
| 517456762 | | EDI: JEFFERSONCAP.COM | Jun 04 2024 00:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517456763 | + | EDI: JEFFERSONCAP.COM | Jun 04 2024 00:57:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 517456764 | + | EDI: CBSMASON | Jun 04 2024 00:57:00 | Jefferson Capital Systems, LLC, PO BOX 17210, Golden, CO 80402-6020 |
| 517550372 | + | EDI: CBSMASON | Jun 04 2024 00:57:00 | K. Jordan, P.O. Box 2809, Monroe, WI 53566-8009 |
| 517456765 | + | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | K. Jordan, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517600785 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2024 00:57:00 | Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 517456766 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 21:29:03 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517600784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2024 21:17:36 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517550332 | + | EDI: CBSMASON | Jun 03 2024 21:29:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517456769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2024 00:57:00 | Mason, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456770 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2024 21:18:16 | Merrick Bank, PO Box 5000, Draper, UT 84020-5000 |
| 517475872 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2024 21:21:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517456772 | + | EDI: CBS7AVE | Jun 03 2024 21:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456775 | + | EDI: NAVIENTFKASMSERV.COM | Jun 04 2024 00:57:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517606726 | | EDI: MAXMSAIDV | Jun 04 2024 00:57:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517456776 | + | Email/Text: ngisupport@radiusgs.com | Jun 04 2024 00:57:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517456777 | + | Email/Text: bankruptcy@oliphantfinancial.com | Jun 03 2024 21:20:00 | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517456781 | | EDI: PRA.COM | Jun 03 2024 21:21:00 | Oliphant Financial Group, LLC, 2601 Cattlemen Road, Ste 300, Sarasota, FL 34232-6231 |

Case 18-17544-MBK    Doc 98    Filed 06/05/24    Entered 06/06/24 00:17:10    Desc Imaged
                    Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 108 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 04 2024 00:57:00 | Portfolio Recovery Associates LLC, 140 Corporate Blvd.,, Norfolk, VA 23502 |
| 517574808 | | EDI: PRA.COM | | |
| | | | Jun 04 2024 00:57:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517456778 | + | Email/Text: recovery@paypal.com | | |
| | | | Jun 03 2024 21:19:00 | PayPal, 2211 N. First Street, San Jose, CA 95131-2021 |
| 518183221 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Jun 03 2024 21:21:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419 |
| 518183222 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Jun 03 2024 21:21:00 | Peritus Portfolio Services LLC / Wollemi Acquisiti, PO Box 141419, Irving, Tx 75014-1419, Peritus Portfolio Services LLC / Wollemi, PO Box 141419, Irving, Tx 75014-1419 |
| 517456779 | + | Email/Text: bankruptcypgl@plaingreenloans.com | | |
| | | | Jun 03 2024 21:21:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517599179 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jun 04 2024 00:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517456786 | + | Email/Text: bankruptcynotices@pch.com | | |
| | | | Jun 03 2024 21:20:00 | Publishers Clearing House, 101 Winners Circle, Port Washington, NY 11050-2218 |
| 517456785 | ^ | MEBN | | |
| | | | Jun 03 2024 21:05:52 | Publishers Clearing House, PO box 6344, Harlan, IA 51593-1844 |
| 517456787 | + | Email/Text: bk@rgsfinancial.com | | |
| | | | Jun 03 2024 21:19:00 | RGS Financial, Inc., 1700 Jay Ell Drive STE 200, Richardson, TX 75081-6788 |
| 518140938 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jun 03 2024 21:21:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140939 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jun 03 2024 21:21:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517456788 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jun 03 2024 21:21:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517522899 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jun 03 2024 21:21:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 517456789 | + | EDI: CBS7AVE | | |
| | | | Jun 04 2024 00:57:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517550432 | + | EDI: CBSMASON | | |
| | | | Jun 04 2024 00:57:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456790 | + | EDI: CBSMASON | | |
| | | | Jun 04 2024 00:57:00 | Stoneberry Credit, 1356 Williams Street, Chippewa Falls, WI 54729-1500 |
| 517456791 | + | EDI: SYNC | | |
| | | | Jun 04 2024 00:57:00 | Syncb/ccsycc, Po Box 96060, Orlando, FL 32896-0001 |
| 517459907 | ^ | MEBN | | |
| | | | Jun 03 2024 21:11:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517456795 | | Email/Text: blindsay@transcontinentalcredit.com | | |
| | | | Jun 03 2024 21:19:00 | Trans-Continental Credit & Collection Co, PO Box 5055, White Plains, NY 10602 |
| 517540993 | + | EDI: CBS7AVE | | |
| | | | Jun 04 2024 00:57:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517456792 | + | EDI: CBS7AVE | | |
| | | | Jun 04 2024 00:57:00 | The Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517531079 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jun 03 2024 21:20:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 108 |

| | | | | |
|---|---|---|---|---|
| | | | | 75001-9013 |
| 518286302 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2024 21:18:05 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517456793 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 03 2024 21:20:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 517456794 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jun 03 2024 21:20:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 517456800 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jun 03 2024 21:19:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 517456801 | + | Email/Text: admin@rosebudlending.com | Jun 03 2024 21:21:00 | Zocaloans, PO Box 1147, Mission, SD 57555-1147 |

TOTAL: 79

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517456757 | *+ | FingerHut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517456771 | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517581254 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517456774 | *+ | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 517524218 | *+ | Santander Consumer USA, Inc., POB 961245, Ft. Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5